## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**MARIA LUISA SANTANA CONTRERAS**     **CASE NO.  6:26-CV-00645 SEC P**

**VERSUS**                                                              **JUDGE TERRY A. DOUGHTY**

**TODD M LYONS ET AL**                                   **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

The Report and Recommendation [Doc. No. 6] of the Magistrate Judge having been considered, together with Petitioner Maria Luisa Santana Contreras's ("Petitioner") written objections [Doc. No. 7] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Order to Show Cause [Doc. No. 5] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 14th day of August 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE